IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTRON YOUNG, #M-23754** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 16-cv-443-SMY** |
| ) | |
| **BIG MUDDY RIVER CORR. CTR.,** ) | |
| **ILLINOIS RIVER CORR. CTR.,** ) | |
| **JUSTIN HAMMERS, JASON GARNETT,** ) | |
| **and RECORDS OFFICE AT BIG MUDDY** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This action came before the Court on Plaintiff Antron Young's Complaint filed April 22, 2016 (Doc. 1). On May 31, 2016, this Court dismissed Young's Complaint for failure to state a claim and granted him leave to amend by July 6, 2016 (Doc. 9). The Order cautioned Young that a failure to file an amended complaint would result in dismissal of the action (*Id.*). To date, Plaintiff has not filed an amended complaint. In light of the insufficiency of Young's initial filings and his failure to comply with the Court's Order in the time allotted, the Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is **DISMISSED**. **Dismissal is with prejudice**, and shall count as a **strike** for purposes of 28 U.S.C. § 1915(g). The Clerk of the Court is DIRECTED to enter Judgment in favor of the Defendants and against Plaintiff Young.

**IT IS SO ORDERED.**

**DATED: November 7, 2016**

s/ STACI M. YANDLE
**STACI M. YANDLE
United States District Judge**